## WILLIAM V. DOAN

*v.*

## JOHN W. SIBBIT.

1. CERTIORARI *under the statute.* Where a petition for a *certiorari* shows no reason why the party could not have taken an appeal from the judgment of a justice of the peace, it is not error to dismiss the *certiorari* on motion.

APPEAL from the Circuit Court of Iroquois county; the Hon. CHARLES H. WOOD, Judge, presiding.

Messrs. BLADES & KAY, for the appellant.

Messrs. ROFF, DOYLE & McCULLOUGH, for the appellee.

Per CURIAM: The *certiorari* in this case was properly dismissed. The petition shows no reason why an appeal could not have been taken. It is unlike the case of *McNerney* v. *Newberry*, 37 Ill. 91, cited by appellant. In that case the defendant, who had been summoned as a garnishee, was discharged by the justice, who afterwards, without further notice, rendered judgment against him.

In this case the petitioner, who had also been summoned as a garnishee, was not discharged, but the magistrate rendered what he called a conditional judgment against him, to be set aside in a certain contingency, and the petitioner gave himself no further trouble. This was a degree of negligence fatal to his petition.

The judgment is affirmed.

*Judgment affirmed.*